FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAR 06 2007

LONG ISLAND OFFICE

RPD:ALB
F.# 2007R0\_\_\_\_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JOHN MONETTI,

        Defendant.

- - - - - - - - - - - - - - - - -X

REMOVAL TO THE DISTRICT
OF NEBRASKA

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

        William Brust, being duly sworn, deposes and says that he is a Special Agent with the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

        Upon information and belief, on February 23, 2007, an arrest warrant was issued by Clerk of the Court Denise M. Lucks on behalf of the United States District Court for the District of Nebraska for the defendant JOHN MONETTI in connection with an indictment charging the defendant with Sexual Exploitation of a Juvenile (Count One); Travel with Intent to Engage in a Sexual Act with a Juvenile (Counts Two through Four) and Computer Enticement of a Minor (Count Five), in violation of Title 18, United States Code, Sections 2251(a) and (e), 2423(b) and 2422(b), respectively.

        The source of your deponent's information and the grounds for his belief are as follows:

1. I have been a Special Agent with the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("DHS-ICE"), formerly the Immigration and Naturalization Service, for approximately 17 years. I am currently assigned to the Long Island RAC. As such, I am authorized to conduct investigations relating to, among other things, crimes against children. My information in this case comes from a review of the records of DHS-ICE, as well as conversations with other law enforcement personnel. Copies of the indictment and warrant for the defendant's arrest are attached to this Complaint.

2. On February 23, 2007, the Grand Jury for the District of Nebraska returned the attached indictment charging the defendant the defendant JOHN MONETTI with Sexual Exploitation of a Juvenile (Count One); Travel with Intent to Engage in a Sexual Act with a Juvenile (Counts Two through Four) and Computer Enticement of a Minor (Count Five), in violation of Title 18, United States Code, Sections 2251(a) and (e), 2423(b) and 2422(b), respectively.

3. Pursuant to that indictment, the attached warrant for the arrest of JOHN MONETTI was issued by Clerk of the Court Denise M. Lucks on behalf of the United States District Court for the District of Nebraska.

4. On or about March 6, 2007, the defendant JOHN MONETTI was found in the Eastern District of New York by special agents of DHS-ICE. MONETTI was located within his parents'

residence in St. James, New York, at the same address MONETTI gave when arrested by state authorities in Nebraska on May 29, 2006. I also confirmed MONETTI's identity by comparing photographs supplied to me by Nebraska ICE agents. I also recovered MONETTI's New York State driver's license which contained his name and photograph. As a result, the defendant was arrested. The defendant JOHN MONETTI during arrest processing provided to me, his date of birth, address and social security number which matched information provided by ICE agents for the arrest warrant from the District of Nebraska.

WHEREFORE, it is requested that the defendant JOHN MONETTI be removed to the District of Nebraska so that he may be dealt with according to law.

*William E. Brust*
William Brust
Special Agent
DHS-ICE

Sworn to before me this
6th day of March, 2007

THE HONORABLE WILLIAM D. WALL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# SEALED

W____ S____
NP____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:07CR_____ |
| ) | |
| vs. ) | **INDICTMENT** |
| ) | |
| JOHN MONETTI, ) | [18 U.S.C. § 2251(a) & (e) and |
| ) | 18 U.S.C. § 2423(b) and |
| Defendant. ) | 18 U.S.C. § 2422(b)] |

The Grand Jury charges:

## COUNT I

Between approximately March 2006 and continuing until May 29, 2006, in the District of Nebraska, JOHN MONETTI, did and attempt to employ, use, persuade, induce and entice a female under the age of 18 to engage in sexually explicit conduct, to wit, the lascivious exhibition of the genitals and pubic area and the penetration of the genital opening by an object, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of another person for the purpose of producing a visual depiction of such conduct knowing and having reason to know that said visual depictions would be transported in interstate commerce, or mailed and when said visual depictions were produced using materials that had been shipped and transported in interstate commerce by any means, including by computer and which visual depictions were subsequently transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT II

On or about the 26th day of May, 2006, in the District of Nebraska and elsewhere, JOHN MONETTI, did travel in interstate commerce from the State of New York to Washington County, Nebraska, for the purpose of engaging in illicit sexual conduct with a person under eighteen (18) years of age, in that, JOHN MONETTI, did travel to Washington County, Nebraska in order to engage in sexual activity with a female juvenile to include the penile penetration of the juvenile females vulva, oral contact with the male's genitalia and the penetration of the females genital opening by a finger and object, at a time when the juvenile female, having a date of birth of January 12, 1991, had not attained her eighteenth birthday and, said illicit sexual conduct, if within the maritime and territorial jurisdiction of the United States, would be in violation of Title 18, United States Code, Section 2243(a).

In violation of Title 18, United States Code, Section 2423(b).

## COUNT III

On or about the 19th day of May, 2006, in the District of Nebraska and elsewhere, JOHN MONETTI, did travel in interstate commerce from the State of New York to Washington County, Nebraska, for the purpose of engaging in illicit sexual conduct with a person under eighteen (18) years of age, in that, JOHN MONETTI, did travel to Washington County, Nebraska in order to engage in sexual activity with a female juvenile to include the penile penetration of the juvenile females vulva, oral contact with the male's genitalia and the penetration of the females genital opening by a finger and object, at a time when the juvenile female, having a date of birth of January 12, 1991, had not attained her eighteenth birthday and, said illicit sexual conduct, if within the

maritime and territorial jurisdiction of the United States, would be in violation of Title 18, United States Code, Section 2243(a).

In violation of Title 18, United States Code, Section 2423(b).

### COUNT IV

On or about the 3rd day of May, 2006, in the District of Nebraska and elsewhere, JOHN MONETTI, did travel in interstate commerce from the State of New York to Washington County, Nebraska, for the purpose of engaging in illicit sexual conduct with a person under eighteen (18) years of age, in that, JOHN MONETTI, did travel to Washington County, Nebraska in order to engage in sexual activity with a female juvenile to include the penile penetration of the juvenile females vulva , oral contact with the male's genitalia and the penetration of the females genital opening by a finger and object, at a time when the juvenile female, having a date of birth of January 12, 1991, had not attained her eighteenth birthday and, said illicit sexual conduct, if within the maritime and territorial jurisdiction of the United States, would be in violation of Title 18, United States Code, Section 2243(a).

In violation of Title 18, United States Code, Section 2423(b).

### COUNT V

Between on or about December, 2005, up to and including May 29, 2006, in the District of Nebraska and elsewhere, JOHN MONETTI did use a facility and means of interstate commerce, that is, a computer accessing the internet and cell phones, to knowingly attempt to persuade, induce, and entice a person under 18 years of age, known to JOHN MONETTI as a juvenile, to engage in any sexual activity for which any person may be criminally prosecuted to include prosecution pursuant

3

to Sections 28-320.01 of the Revised Statutes of Nebraska and Title 18, United States Code, Section 2423(b).

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____
FOREPERSON

_____
JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MICHAEL P. NORRIS
Assistant U.S. Attorney

4

AO 442 (Rev. 12/85) Warrant for Arrest

~~SEALED~~

United States District Court

FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA
V.
JOHN MONETTI

**WARRANT FOR ARREST**

CASE NUMBER: 8:07CR- 85

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __John Monetti__
                                                                              Name

and bring him/her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him/her with (brief description of offense)

-Sexual exploitation of a juvenile; Travel w/intent to engage in a sexual with a juvenile; Computer enticement of a minor

in violation of Title ___18___ United States Code, Section(s) _2251(a) & (e); 2423(b); 2422(b)_

| DENISE M. LUCKS | CLERK OF COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer    2/23/07 | Omaha, NE |
| | Date and Location |

Bail fixed at $_____ by _____
                                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# CRIMINAL COVER SHEET

**Place of Offense**                                **Related Case Information**

_____ City  **SEALED** Superseding Indictment _____  New Defendant __X__
                                Indictment/Information Pending vs. Same Defendant ____
__Washington__ County           Magistrate Case No. _____
                                R 20 / R 40  from District of _____
                                Related to case name/number _____

### Defendant

Defendant Name ____John Monetti_____

Alias Names    _____

Address        ____14 Pin Oak Lane_____

               ____St. James, New York_____

SSN            _____

Birth Date     ____September 8, 1968_____

               __X__ Male         ____ Female         ____ Alien

☐ Complaint

☐ Information              AUSA  __Michael P. Norris__
                           Agent __Olivio de la Fuente__
☒ Indictment               Agency __ICE__

Request for Trial: __X__ Omaha    ____ Lincoln    ____ North Platte

## U.S.C. CITATIONS
Lead Count - Code __18:2251(a) & (e)__   Count Number __1__

| Code | Description of Offense Charged | Maximum Punishment |
|---|---|---|
| Ct. 1  18:2251(a)&(e) | Sexual exploitation of a juvenile | NLT 15-NMT 30 yrs/$250,000  5 years TSR / $100 SA |
| Cts 2-4  18:2423(b) | Travel with intent to engage in a sexual act with a juvenile | 30 yrs / $250,000  5 years TSR / $100 |
| Ct. 5  18:2422(b) | Computer Enticement of a Minor | NLT 5-NMT 30 yrs/$250,000  5 yrs TSR / $100 |

(continued on second sheet)

☐ Petty    ☐ Minor    ☒ Felony

☐ Misdemeanor  ____ Class A      ____ Class B - non-motor vehicle
               ____ Class B - motor vehicle  ____ Class C - or infraction

### Location Status

__X__ Warrant                    Arrest Date _____
____ Summons
____ Already in Federal Custody as of _____
____ Already in State Custody in _____
____ Marshal: Please Place a Detainer with the Above-named Custodian
____ On Pretrial Release