**MEMORANDUM**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAR 06 2007

LONG ISLAND OFFICE

TO: Health Services Administrator of Prison Facility

RE: Medical Evaluation of an Inmate

_USA v. John Moretti_ _____ _M07-302_

On the date noted below, defendant ___John Moretti___ who is currently detained, advised the Court that he/she was in need of medical attention. The Court brings this matter to your attention so that the inmate's medical problem may be addressed promptly. The specifics of the inmate's medical condition are as follows:

Dated: 3/6/07

/s/William D Wall
William D. Wall
United States Magistrate Judge
Eastern District of New York